IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02498-REB-MJW

ROBERT W. ROSBERG, JR.,

Plaintiff(s),

v.

JOE ORTIZ, Executive Director, et al.,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Amend (Docket No. 60) is denied without prejudice.  Plaintiff has not provided the court with a proposed Amended Complaint which sets forth all of the claims in the original Complaint and the claims against the new defendants.  It is further

ORDERED that the plaintiff's Motion for Extension of Time (Docket No. 59) is denied.   It is further

ORDERED that plaintiff shall comply with D.C.COLO.LCivR 10.1(M) which requires that "[w]ithin ten days after any change of address, telephone number or e-mail address of any attorney or pro se party, notice of the new address, telephone number or e-mail address shall be filed."

Date: October 11, 2007