IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 05-cv-02498-REB-KMT

ROBERT W. ROSEBERG, JR.,

    Plaintiff,

v.

JOE ORTIZ, Executive Director, CDOC,
GARY WATKINS, Warden, Fremont Corr. Fac.,
DR. CHARLES OLIN, Dir. Mental Health Svcs., FCF,
RONALD WILKES, Captain/Laundry Supervisor, FCF, and
MATT GOMEZ, Sgt/Laundry Supervisor, FCF, individually and in their official capacities,

    Defendants.

_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

    This civil action comes before the court on Plaintiff Robert W. Roseberg's failure to appear at the Status Conference scheduled for March 17, 2008 at 4:30 p.m.

    Proceeding *pro se*, Mr. Roseberg filed the instant prisoner complaint on December 9, 2005, alleging civil rights violations pursuant to 29 U.S.C. § 1343 and 42 U.S.C. § 1983. (Complaint, Doc. No. 3). The case was originally dismissed, but after a successful appeal was reinstated on June 7, 2007. A scheduling conference was held on November 29, 2007. The Magistrate Judge on the case was reassigned and a status conference was set for March 17, 2008 at 4:30 p.m. to review the progress of discovery and to determine if a settlement conference

would be beneficial to the parties. [Doc. No. 91, filed February 5, 2008] A copy of the Minute Order [Doc. No. 91] was mailed to the plaintiff at 7920 Londonderry Drive, North Richland Hills, TX 76180-2111 on February 5, 2008. The court's records indicate that Mr. Roseberg's copy of the Order was not returned to the court as undeliverable. A letter in the court's files from Mr. Roseberg dated February 1, 2008 indicated that this was the correct address for the plaintiff.

Defendants filed a status report as ordered on March 11, 2008; Plaintiff did not. The court held the Status Conference on March 17, 2008 at 4:45 a.m. Mr. Roseberg did not appear During the hearing the court stated it would issue an order to show cause against Mr. Roseberg and set a show cause hearing for April 8, 2008. The next business day Mr. Roseberg contacted the chambers for the undersigned Magistrate Judge and advised he had called the court on March 10, 2008 and spoke with someone, but did not have a name, and told them he was attempting to get an attorney to file a dismissal of the instant case; he called telephone number 303-335-2136, but stated that this number was never answered and simply rang incessantly.[1] The court notes that this telephone rings directly into the courtroom and if there is no court in session, would likely go unanswered. There is no provision for voicemail on this telephone. Mr. Roseberg stated that when he could not get through to the court for the whole week, he ultimately called the Clerk's Office and was connected to the proper chambers telephone line.

Based upon the foregoing,

---

[1]A previous Minute Order was set to the Plaintiff regarding a status conference on March 12 (not 10), 2008 and the telephone number the Plaintiff was directed to call was 303-335-2780. That setting was vacated.

IT IS ORDERED that the Court will not issue a show cause hearing in this matter. The Plaintiff was confused about the dates and telephone numbers to call and his failure to appear has been satisfactorily explained.

IT IS FURTHER ORDERED that the show cause hearing currently scheduled for **April 8, 2008 at 9:30 a.m.** is converted to a status conference. Plaintiff shall place a telephone call to the court by calling **(303) 335-2780** at the scheduled time and will be allow to appear telephonically. The parties shall submit a written status report to the court on or before **April 1, 2008**, providing the court with an update on discovery, on appearance of counsel for plaintiff, and on the need for the court to set a settlement conference.

DATED at Denver, Colorado, this 20th day of March, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge