IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02498-REB-MJW

ROBERT W. ROSBERG, JR.,

    Plaintiff,

v.

JOE ORTIZ, Executive Director, CDOC,
GARY WATKINS, Warden, Fremont Corr. Fac.,
DR. CHARLES OLIN, Dir. Mental Health Svcs., FCF,
RONALD WILKES, Captain/Laundry Supervisor, FCF, and
MATT GOMEZ, Sgt/Laundry Supervisor, FCF, individually and in their official capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is plaintiff's **Motion Requesting Dismissal Of Action** [#100], filed March 31, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the plaintiff's **Motion Requesting Dismissal Of Action** [#100], filed March 31, 2008, is **GRANTED**;

    2. That the Trial Preparation Conference set for September 2, 2008, is **VACATED**;

    3. That the jury trial set to commence September 22, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated April 1, 2008, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**